IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BOARD OF TRUSTEES, ROOFERS UNION LOCAL 30 COMBINED HEALTH AND WELFARE FUND, et al.,**<br><br>*Plaintiffs,*<br><br>v.<br><br>**HUGHES URETHANE CONSTRUCTION CO., INC.,**<br><br>*Defendant.* | Case No. 2:19-cv-01820-JDW |

## ORDER

**AND NOW**, this 3rd day of November, 2020, upon consideration of Plaintiffs' Partial Motion for Summary Judgment (ECF No. 28), and for the reasons set forth in the Court's accompanying Memorandum, it is **ORDERED** that Plaintiffs' Motion is **GRANTED**, and Defendant is liable for delinquent contributions (and any associated interest, fees, or costs) owed to Plaintiffs for all of the hours of work performed by Defendant's owner/employee William D. Hughes, which were covered by the governing collective bargaining agreement.

It is **FURTHER ORDERED** that Defendant's Motion to Strike (ECF No. 34) is **DENIED WITHOUT PREJUDICE**.

BY THE COURT:

*/s/ Joshua D. Wolson*
HON. JOSHUA D. WOLSON
United States District Judge